IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

TOMMY LEE FAIRCLOTH, JR.,    )
    )
    Petitioner,    )
    )
    v.    )    CV 315-091
    )
STAN SHEPARD,    )
    )
    Respondent.    )

_____

**O R D E R**

_____

Petitioner Tommy Lee Faircloth, Jr., an inmate at Augusta State Medical Prison in Grovetown, Georgia, originally filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in the Northern District of Georgia. He challenges the revocation of his probation in a proceeding conducted in Montgomery County, Georgia, in February of 2015. As Petitioner is challenging a judgment entered in a court within the Southern District of Georgia, United States District Judge Timothy C. Batten, Sr., transferred the case to this District. As Petitioner never paid the $5.00 filing fee or filed a motion to proceed *in forma pauperis* ("IFP") when he commenced the case in the Northern District, upon the arrival of the case in this District, the Clerk issued a deficiency notice instructing Petitioner to submit the $5.00 filing fee or an IFP motion within fourteen days. (See doc. no. 7.) Petitioner has not responded.

To properly commence a § 2254 action, Petitioner must either pay the $5.00 or move to proceed IFP. See Loc. R. 4.1 (providing that commencement of a civil action requires,

among other things, payment of the appropriate filing fee or submission of an IFP motion); see also 28 U.S.C. § 1914(a) (providing that the filing fee for a habeas corpus action is $5.00). However, because it is unclear from the docket whether the Clerk included a blank IFP motion with the deficiency notice, the Court **GRANTS** Petitioner fourteen additional days to either pay the $5.00 filing fee or submit an IFP motion. The Court also **DIRECTS** the **CLERK** to include an appropriate blank IFP motion stamped with the above-captioned case number with Petitioner's service copy of this Order.

Failure to comply with this Order within fourteen days will result in the Court recommending that this case be dismissed without prejudice.

SO ORDERED this 16th day of November, 2015, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA